General **PARKER**, Appellant,

v.

Sakinah **PARKER**; David Porter, Individually and in his capacity as an officer of the St. Louis County Police; Unknown Kaemmerer, Individually and in his capacity as an officer of the St. Louis County Police; Unknown Lumato, Individually and in his capacity as an officer of the St. Louis County Police; Unknown Bello, Individually and in his capacity as an officer of the St. Louis County Police; Shiela Whirley; St. Louis County Police; 21st Judicial Circuit of Missouri; Brian Dunlop; Jolease Marshall; Pam Rush; St. Louis County Government, Appellees.

No. 09–2145.

United States Court of Appeals, Eighth Circuit.

Submitted: March 19, 2010.

Filed: March 26, 2010.

General Parker, Peoria, IL, pro se.

Sakinah Parker, St. Louis, MO, pro se.

Jolease Marshall, St. Louis, MO, pro se.

Dana C. Ceresia, Attorney General's Office, Robert Creighton Moore, argued, St. Louis, MO, for Appellees.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

General Parker appeals the district court's [1] dismissal of his 42 U.S.C. § 1983

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

action alleging violations of various constitutional rights arising from his divorce and custody dispute. Upon de novo review, *see Goss v. City of Little Rock,* 90 F.3d 306, 308 (8th Cir.1996), we find no error in the district court's dismissal. Accordingly, we affirm. *See* 8th Cir. R. 47B.